ANDREW V. JABLON (SBN 199083)
E-Mail: ajablon@rpblaw.com
STACEY N. KNOX (SBN 192966)
E-Mail: sknox@rpblaw.com
RESCH POLSTER & BERGER LLP
1840 Century Park East, 17th Floor
Los Angeles, California 90067
Telephone: 310-277-8300
Facsimile: 310-552-3209

JS-6

Attorneys for Plaintiff STJ Enterprise, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| STJ ENTERPRISE, INC., <br><br> Plaintiff, <br><br> vs. <br><br> N&R CLOTHING CORP., dba De Niko, dba BZ Studio, dba De-Niko, a California Corporation; RAMIN NIKRAVESH, an individual, and DOES 1-10, inclusive, <br><br> Defendants. | Case No. 2:20-cv-00942-FMO-PJWx <br><br> **ORDER ON STIPULATION [20] FOR DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. RULE 41(a)** |

ORDER FOR DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. RULE 41(a)

**ORDER:**

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. This action is hereby dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a);

2. The parties will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action.

**IT IS SO ORDERED.**

DATED: November 12, 2020                    /s/

_____
Honorable Fernando M. Olguin
United States District Judge